# Notice Recipients

District/Off: 0976−1  User: admin  Date Created: 06/01/2021
Case: 21−00091−NGH  Form ID: 318  Total: 48

**Recipients of Notice of Electronic Filing:**
ust        US Trustee           ustp.region18.bs.ecf@usdoj.gov
tr         Timothy R. Kurtz     trk@kurtztrustee.com
aty        Michael A Wilder     michael@averylaw.net
aty        Timothy R. Kurtz     trk@kurtztrustee.com

                                                                    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Paul Sheffield           4909 N Elsinore Ave        Apt B304          Meridian, ID 83646
5181999    Ada County Courthouse    Attn: Bankruptcy Notices   200 W Front St Rm 3191    Boise, ID 83702
5182000    Aldous and Associates, PLLC    Attn: Bankruptcy    Po Box 171374    Holladay, UT 84117
5182001    Alltran Financial        PO Box 722929        Houston, TX 77272−2929
5182002    Axiom Fitness            1990 N. Eagle Road   Meridian, ID 83642
5182003    Better Day Loan          PO Box 6882          Santa Rosa, CA 95406
5182004    Brianne Anderson         1001 W Broadway Ave  Apt A204          Meridian, ID 83642
5182006    CEP America              PO Box 582663        Modesto, CA 95351−8000
5182005    Caine Weiner             Attn: Bankruptcy     5805 Sepulveda Blvd    Sherman Oaks, CA 91411
5182007    Check into Cash          Attn Bankruptcy      PO Box 550        Cleveland, TN 37364
5182008    Collection Bureau Inc    PO Box 1219          Nampa, ID 83653
5182009    Collection Bureau Incorporated    Attn: Bankruptcy    8925 Birch Lane East    Nampa, ID 83687
5182010    Digestive Health         6259 W. Emerald St   Boise, ID 83704
5182011    First Premier Bank       Attn: Bankruptcy     Po Box 5524       Sioux Falls, SD 57117
5182013    IRS          Centralized Insolvency Opera    PO Box 7346       Philadelphia, PA 19101−7346
5182012    Integra Credit           200 W. Jackson Blvd  Ste 500           Chicago, IL 60654
5182015    JORA Credit dba Echo Credit    7701 Las Colinas Ridge    Suite 650    Irving, TX 75063
5182014    Jefferson Capital Systems, LLC    Attn: Bankruptcy    16 Mcleland Road    Saint Cloud, MN 56303
5182016    Kids Under Construction  24100 S Cloverdale Rd    Boise, ID 83709
5182017    Lab Corp of America      PO Box 2240          Burlington, NC 27216
5182018    McCarthy, Burgess Wolff  The MB W Building    26000 Cannon Rd   Bedford, OH 44146
5182019    Money Key                1000 N West St       Suite 1200        Wilmington, DE 19801
5182020    Municipal Services Bureau    PO Box 16755     Austin, TX 78761
5182022    NCB Management Services  Attn: Bankruptcy     1 Allied Drive    Feasterville−Trevose, PA 19053
5182021    Navient      Attn: Bankruptcy     Po Box 9640          Wilkes−Barre, PA 18773
5182023    Personify    PO Box 208417         Dallas, TX 75320
5182024    Pioneer Credit Recovery  PO Box 500           Horseheads, NY 14845
5182025    Plaza Services, LLC      Attn: Bankruptcy     110 Hammond Dr, Suite 110    Atlanta, GA 30328
5182026    Primary Health           10482 W. Carlton Bay Drive    Garden City, ID 83714
5182027    Primary Health           P.O. Box 5184        Denver, CO 80217
5182028    Primay Health Medical    10482 W. Carlton Bay Dr       Garden City, ID 83714
5182029    Rise Credit              PO Box 101808        Fort Worth, TX 76185
5182030    Rushmore Service Center  PO Box 5508          Sioux Falls, SD 57117−5508
5182031    Santander Consumer USA   Attn: Bankruptcy     Po Box 961245     Fort Worth, TX 76161
5182032    Shep Law Group           1990 N. Meridian Road    Meridian, ID 83646
5182033    St Lukes     PO Box 2578           Boise, ID 83701
5182034    Sun Up Financial         PO Box 4356          Dept 1557         Houston, TX 77210
5182035    Thrive Chiropractic      2380 S. Orchard St STE 800    Boise, ID 83705
5182036    True Accord              303 2nd St. Ste. 750     San Francisco, CA 94107
5182037    Us Bank      Attn: Bankruptcy     Po Box 5229          Cincinnati, OH 45201
5182038    Verizon Wireless         Attn: Correspondence Team    PO Box 5008    Wallingford, CT 06492−7508
5182039    Wakefield Associates     Attn: Bankruptcy     7005 Middlebrook Pike    Knoxville, TN 37909
5182040    Wells Fargo              PO Box 6995          Portland, OR 97228
5182041    Wells Fargo Dealer Services    Attn: Bankruptcy    1100 Corporate Center Drive    Raleigh, NC
           27607

                                                                    TOTAL: 44